IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NEBRASKA DRAUGHTER, III,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION NO. _____ |
| v. | § | |
| | § | |
| | § | |
| **MATHESON TRI-GAS, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Title 28 U.S.C. §§1332, 1441(a) and (e), and 1446, Defendant Matheson Tri-Gas, Inc. files this *Notice of Removal* to the United States District Court for the Northern District of Texas, Dallas Division, on the basis of diversity of citizenship and amount in controversy, and respectfully shows the following:

## I.
## FACTUAL BACKGROUND

1. On October 20, 2023, an action was commenced by Plaintiff Nebraska Draughter, III (Plaintiff) in the 95th Judicial District Court of Dallas County, Texas styled *Nebraska Draughter, III v. Matheson Tri-Gas, Inc.*, Cause No. DC-23-18203. *See* **Exhibit 3.**

2. On November 2, 2023, Defendant Matheson Tri-Gas, Inc. was served with a citation and Plaintiff's Original Petition through its registered agent. *See* **Exhibit 4.**

3. On November 22, 2023, Defendant filed its Original Answer in the 95th Judicial District Court of Dallas County, Texas. *See* **Exhibit 5.**

4. Plaintiff is seeking monetary relief over $1,000,000 and therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs. *See* **Exhibit 3 at ¶ 55.**

5. Defendant files this Notice of Removal within 30 days of receiving service of Plaintiff's petition and citation. *See* 28 U.S.C. §1446(b).

6. In accordance with Local Rule 81, Defendant is filing the following documents with its Notice of Removal:

> **Exhibit 1:** Civil Cover Sheet;
>
> **Exhibit 2:** Supplemental Cover Sheet;
>
> **Exhibit 3:** Plaintiff's Original Petition;
>
> **Exhibit 4:** Citation and Return of Service for Defendant Matheson Tri-Gas, Inc.;
>
> **Exhibit 5:** Original Answer of Defendant Matheson Tri-Gas, Inc.;
>
> **Exhibit 6:** Index of Matters Being Filed;
>
> **Exhibit 7:** Certificate of Interested Persons/Disclosure Statement; and
>
> **Exhibit 8:** The State Court's Docket Sheet.

## II.
## BASIS FOR REMOVAL

7. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A.   Plaintiff and Defendant Are Diverse**

8. As set forth in Plaintiff's Original Petition, Plaintiff is a citizen of the State of Texas. *See* **Exhibit 3** at ¶ 2.

9. At the time the lawsuit was filed, Defendant Matheson Tri-Gas, Inc. was and continues to be a Delaware corporation with its primary place of business in Warren, New Jersey.

10. Complete diversity exists between Plaintiff and Defendant.

B. **The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction**

11. In Plaintiff's Original Petition, Plaintiff seeks monetary relief over $1,000,000.00. *See* **Exhibit 3** at ¶ 5. Therefore, the amount in controversy exceeds the jurisdictional requirements.

### III.
### THE REMOVAL IS PROCEDURALLY CORRECT

12. Defendant first received notice of this lawsuit on November 2, 2023 when it was served with Plaintiff's Original Petition and citation. *See* **Exhibit 4**. Thus, Defendant is filing this Notice within the 30-day period required by 28 U.S.C. § 1446(b).

13. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division is where the state action has been pending. *See* **Exhibit 3**.

14. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

15. Promptly after Defendant files this *Notice of Removal*, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

16. Promptly after Defendant files this *Notice of Removal*, a true and correct copy of same will be filed with the Clerk of the Dallas County District Court pursuant to 28 U.S.C. §1446(d).

### IV.
### CONCLUSION

17. BASED ON THE FOREGOING, Defendant Matheson Tri-Gas, Inc., requests that this action be removed from the 95th Judicial District Court of Dallas

County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

        Respectfully submitted,

        THOMPSON, COE, COUSINS & IRONS, L.L.P.

        By: ***/s/ Heather H. Phelps***
          Heather H. Phelps,
          *ATTORNEY IN CHARGE*
          Texas Bar No. 24042118
          Zane M. Raphael
          Texas Bar No. 24107904

          700 N. Pearl Street, 25th Floor
          Dallas, Texas 75201
          Phone: (214) 871-8200
          Fax: (214) 871-8209
          E-Mail:  hphelps@thompsoncoe.com
             zraphael@thompsoncoe.com

        **ATTORNEYS FOR DEFENDANT**

        <u>**CERTIFICATE OF SERVICE**</u>

  This is to certify that I have complied with Rule 5 of the Federal Rules of Civil Procedure, that the foregoing instrument has been e-filed with the Office of the United States District Clerk for the Northern District of Texas, Dallas Division on December 4, 2023 and that that the electronic filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document:

C.J. Baker
Emma L. Coomes
Adam M. Gable
ARMSTRONG LEE & BAKER LLP
2800 North Loop West, Ste. 900
Houston, Texas 77092
***Attorneys for Plaintiff***

          <u>***/s/ Heather H. Phelps***</u>
          Heather H. Phelps